**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60337-CIV-SMITH**

UNITED STATES OF AMERICA,
*and the* STATE OF CALIFORNIA,
*ex rel.* JESSE GONZALEZ,

        Plaintiff/Relator,

vs.

THE GEO GROUP, INC.,

        Defendant.

_____/

**ORDER ON NOTICE OF ELECTION TO DECLINE INTERVENTION OF THE**
**CALIFORNIA ATTORNEY GENERAL AND LOCAL PROSECUTING AUTHORITIES**

The California Attorney General and Local Prosecuting Authorities having declined to intervene in this action pursuant to California Government Code section 12652, subdivisions (c)(6)(B), the Court rules as follows:

**IT IS ORDERED** that:

1. The Relator may maintain this action in the name of the State of California and the California cities of McFarland and Adelanto pursuant to California Government Code section 12652(c)(1). This action however, may be dismissed only with the written consent of the Court and the Attorney General or prosecuting authority of a political subdivision, or both, as appropriate under the allegations of the civil action, taking into account the best interests of the parties involved and the public purposes behind this act. Thus, should the Relator or the Defendant propose that claims brought under the California False Claims Act be dismissed, settled, or otherwise discontinued, the Relator, Defendant and the Court will solicit the written consent of the California Attorney General's Office and local prosecuting authorities for the California cities of Adelanto

and McFarland before ruling on or granting its approval.

2. The Parties <u>shall</u> serve all pleadings and motions filed in this action, including supporting memoranda, upon the California Attorney General's Office and local prosecuting authorities for the California cities of Adelanto and McFarland, pursuant to California Government Code section 12652(f)(1).  The California Attorney General's Office and local prosecuting authorities for the California cities of Adelanto and McFarland reserve the right to order any deposition transcripts pursuant to California Government Code section 12652(f)(1).

3. The California Attorney General's Office and local prosecuting authorities for the California cities of Adelanto and McFarland are entitled to intervene in this action, for good cause at a later date pursuant to California Government Code section 12652(e)(2)(B) to settle and/or seek the dismissal of the Relator's action or claims brought under the California False Claims Act.

4. The parties <u>shall</u> serve all notices of appeal upon the California Attorney General's Office and local prosecuting authorities for the California cities of Adelanto and McFarland.

5. All orders of this Court <u>shall</u> be sent to the California Attorney General's Office and local prosecuting authorities for the California cities of Adelanto and McFarland.

6. The CLERK is directed to **UNSEAL** the case, except the following shall remain permanently sealed:

A. Agreed *Ex Parte* First Application for Extension of Time to Consider Election to Intervene of the United States [DE 5] and the Memorandum of Law in Support of Agreed *Ex Parte* First Application for Extension of Time to Consider Election to Intervene of the United States of America [DE 6]; and

B. The Order on Agreed *Ex Parte* First Application for Extension of Time to Consider Election to Intervene of the United States of America and State of California [DE 8].

**DONE AND ORDERED** in Chambers at the Fort Lauderdale, Florida, this 14th day of January 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record