**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60337-CIV-SMITH**

UNITED STATES OF AMERICA,
*and the* STATE OF CALIFORNIA,
*ex rel.* JESSE GONZALEZ,

      Plaintiff,

vs.

THE GEO GROUP, INC.,

      DEFENDANT.

_____/

## ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice [DE 13] pursuant to Rule 41 (a), Federal Rules of Civil Procedure and the United States, California and the California cities of Adelanto and McFarland, having consented to dismissal without prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) [D.E. 14] and California Government Code section 12652(c)(1), the Court rules as follows:

      **ORDERED that:**

      1. This matter is **DISMISSED WITHOUT PREJUDICE.**

      2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

      3. This case is **CLOSED**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of April, 2021.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All counsel of record